IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 15-06357(MCF) |
|---|---|
| DIANA FALCON DIAZ<br>DEBTOR | CHAPTER 13 |

### MOTION REQUESTING SOME DISPOSITION

TO THE HONORABLE COURT:

**NOW COMES** Scotiabank de Puerto Rico, (SCOTIA) through counsel and most respectfully **STATES** and **PRAYS**:

1. On October 25, 2016, appearing party filed a Motion for Dismissal.
2. Debtor has failed to respond.
3. As of the filing of this motion Debtor is 3 payments in arrears. Total arrears $5,241.18 plus $25.00 for legal cost. See Account Statement attached.

**WHEREFORE** it is respectfully requested that order dismissing case be enter, with such further relief as is deemed appropriate under the circumstances.

WVS Law LLC
Wallace Vázquez Sanabria
Counselor at Law
17 Mexico Street, Suite D-1,
San Juan, Puerto Rico 00917
Phones (787) 756-5730, FAX (787) 764-0340
E-Mail: wvslawllc@gmail.com

***I CERTIFY***, that on this same date, I electronically filed the foregoing with the Clerk of this Court via CM/ECF system, which will electronically send notification of such filing to all the parties who have requested notice.

In San Juan, Puerto Rico, this 29th day of November, 2016.

WVS LAW LLC
17 Mexico St., Suite D-1
San Juan, PR 00917-2202
Tel: 787-756-5730
Fax: 787-764-0340
Email: wvslawllc@gmail.com
By: *S/ Wallace Vazquez Sanabria*
Wallace Vázquez Sanabria-125101

WVS Law LLC
Wallace Vázquez Sanabria
Counselor at Law
17 Mexico Street, Suite D-1,
San Juan, Puerto Rico 00917
Phones (787) 756-5730, FAX (787) 764-0340
E-Mail: wvslawllc@gmail.com

SCOTIABANK_PR

# UNSWORN STATEMENT

| | |
|---|---|
| To: | WVS LAW LLC |
| Loan ID: | 51152725 |
| Debtor: | DIANA ALCON DIAZ |

| | | | | | | |
|---|---|---|---|---|---|---|
| BK Num: | 15-06357 MCF | | | | | |
| Chapter: | 13 | | | | | |

POST-PETITION ARREARS:

| | | | | | |
|---|---|---|---|---|---|
| Payments | 3 | months @ | $ 1,666.00 | $ | 4,998.00 |
| Late charges | 3 | months @ | $ 81.06 | $ | 243.18 |
| Legal Cost | | | | | |

**TOTAL POST- PETITION AMOUNT**        $    5,241.18

Principal Balance:    $    176,853.36

**Note:** All reinstallment payments must be made up to the current month, including legal fees and late charges.

I, the undersigned, declare under penalty of perjury that the amount claimed by Movant in the foregoing Motion represents accurately the information kept in accounting books and records kept by Movant in the ordinary course of business. I further declare under penalty of perjury that I have read the foregoing Motion and that the facts alleged are true and correct to the best of my knowledge.

| | |
|---|---|
| Name: | /S/ CLARIBEL RIVERA |
| Title: | BANKRUPTCY ASSISTANT - MORTGAGE |
| Date: | 11/29/2016 |